# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GENERAL ELECTRIC CAPITAL CORP., | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV703 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CARRIER SERVICES LLC, | ) | |
| d/b/a CARRIER SERVICES INC., and | ) | |
| LANNY N. FAUSS, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the plaintiff's Motion to Extend Time Limit for Service of Process (Filing No. 5). The plaintiff states it has had difficulty personally serving the defendants, although a professional process server was employed. Therefore, the plaintiff seeks an extension until May 31, 2007, to serve the defendants by certified mail or, alternatively seek leave to serve by publication. The complaint was filed on November 9, 2006, in the United States District Court for the District of Nebraska. **See** Filing No. 1. The defendant Union Pacific Railroad Company filed an answer on December 28, 2006 (Filing No. 23). Under the circumstances, the court finds the plaintiff's motion should be granted.

**IT IS ORDERED:**

1. The plaintiff's Motion to Extend Time Limit for Service of Process (Filing No. 5) is granted.

2. The plaintiff shall have to **on or before May 31, 2007**, to effect service of the summons and complaint upon the defendants.

Dated this 9th day of March, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge