**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **GENERAL ELECTRIC CAPITAL CORPORATION,** ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> **CARRIER SERVICES, LLC, et al.,** ) <br> ) <br> Defendants. ) | **8:06CV703** <br><br> **ORDER** |

This matter is before the court following a telephone conference with counsel for the parties on November 5, 2007.

**IT IS ORDERED:**

The **telephone** planning conference with the undersigned magistrate judge is continued to **December 11, 2007, at 10:00 a.m**. Plaintiff's counsel shall initiate the telephone conference.

DATED this 8th day of November, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge