IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | 8:06CV703 |
| vs. | ) ) | ORDER |
| CARRIERS SERVICE, INC., et al. | ) ) | |
| Defendants. | ) | |

This matter is before the court on the parties' joint motion to continue the pretrial conference and trial date (Filing No. 42).

**IT IS ORDERED:**

1. The parties' joint motion to continue the pretrial conference and trial date (Filing No. 42) is granted.

2. The pretrial conference in this matter is rescheduled for **June 16, 2008, at 1:30 p.m.**

3. **Trial** is set to commence, at the court's call, during the week of **July 21, 2008,** in Omaha, Nebraska, before the Honorable Joseph F. Bataillon.

**IT IS FURTHER ORDERED** that in order to conserve time devoted to the conference, counsel are directed to provide to the undersigned magistrate judge at least one working day in advance of the conference, a copy of the final agreed on draft of the proposed final pretrial order. The copy may be delivered to the undersigned's chambers, e-mailed to the undersigned at thalken@ned.uscourts.gov, faxed to the undersigned's office (402-661-7345), or mailed to the undersigned magistrate judge so as to arrive one working day in advance of the conference.

DATED this 15th day of May, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge