FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

08 OCT 15 AM 10: 25

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation, | 8:06cv703 |
| Plaintiff, | |
| v. | CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE |
| CARRIERS SERVICE, INC., an Iowa corporation and LANNY N. FAUSS, a Nebraska resident, | |
| Defendants. | |

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States Court of Appeals for the Eighth Circuit.

Dated this 14th day of October, 2008.

GENERAL ELECTRIC CAPITAL
CORPORATION, Plaintiff

By: CLINE, WILLIAMS, WRIGHT,
    JOHNSON & OLDFATHER, L.L.P.
    Attorneys at Law
    1900 U.S. Bank Building
    233 South 13th Street
    Lincoln, NE 68508-2095
    (402) 474-6900

By: /s/ Brian J. Adams
    Brian J. Adams - #22619

0870969.1

CARRIERS SERVICE, INC. and LANNY
N. FAUSS, Defendants

By: Smith, Gardner, Slusky, Lazer,
Pohren & Rogers, LLP
8712 West Dodge Rd., Suite 400
Omaha, NE 68114
(402) 392-0101

By: /s/ Clay M. Rogers
Clay M. Rogers - #13559

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable Thomas D. Thalken, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

October 15, 2008
Date

United States District Judge