IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **GENERAL ELECTRIC CAPITAL CORPORATION,** | ) ) ) | |
| **Plaintiff,** | ) ) | 8:06CV703 |
| v. | ) ) | ORDER |
| **CARRIERS SERVICE, INC., et al.,** | ) ) | |
| **Defendants.** | ) ) | |

Upon notice of settlement given to the magistrate judge on November 13, 2008, by counsel for the plaintiff,

**IT IS ORDERED that:**

1. **On or before January 15, 2009**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the undersigned magistrate judge, at *thalken@ned.uscourts.gov,* a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

DATED this 13th day of November, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge