IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, | ) ) ) | 8:06CV703 |
| Plaintiff, | ) ) | ORDER |
| v. | ) ) | |
| CARRIERS SERVICE, INC. and LANNY N. FAUSS, | ) ) ) | |
| Defendants. | ) ) | |

This matter is before the Court on the parties' Stipulated Motion to Dismiss (Filing No. 71). Upon consideration,

**IT IS ORDERED** that Plaintiff's claims against Defendants are hereby dismissed, with prejudice, each party to bear its own costs.

DATED this 22nd day of January, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge